| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AO 256 (Rev. 2/86) | **CRIMINAL DOCKET · U.S. District Court** | | | ☐ WRIT | U.S. VS. ● | (LAST, FIRST, MIDDLE) 23 SWANSON, Eric John | | Case Filed Mo. 12 Day 22 Yr. 92 | Docket No. 00045 | Def. 02 |
| | PO ☐ 417 7 | Assigned 1706 Disp./Sentence | | ☐ JUVENILE | | | | No. of Def's 2 | U.S. MAG. CASE NO. | |
| | Misd. ☐ | | | ☐ ALIAS | | | | | | |
| | Felony ☒ District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | | | | | |

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY HOLD |
|---|---|---|---|---|
| 21:846 | conspiracy to distribute & possess w/intent to distribute marijuana (Ct. 1) | 1 | | X |
| 18:1952 & 2 | aiding & abetting interstate travel in furtherance of drug business (Ct. 2) | 1 | X | |

SUPERSEDING COUNTS

### II. KEY DATE

**INTERVAL ONE**
- KEY DATE: 11-2-92
- EARLIEST OF: ☒ appears — on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
- ☒ Indictment filed/unsealed
- KEY DATE: 12/22/92 APPLICABLE
- KEY DATE: 11-2-92
- a) 1st appears on pending charge /R40

**END INTERVAL TWO**
- KEY DATE: 2-11-93 APPLICABLE
- ☒ Pled guilty — After N.G.

### III. MAGISTRATE

OFFENSE (In Complaint)

### ATTORNEYS

U.S. Attorney or Asst.

**David P. Folmar, Jr.**

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☒ PD  7 ☐ CD

On bond - Mag's papers in Wilm.          Ed Walker-AFPD

Sent 5-20 Wilm

70 days up: 3-1-93 (3/9 Thru 2/16)
90 days up: /

SEN: 5/27 - 9:10AM






## V. PROCEEDINGS

(OPTIONAL) Show last names of defendants

| Date | Doc# | Proceedings | | | |
|---|---|---|---|---|---|
| | | SWANSON | | | |
| 11/2/92 | 1 | COMPLAINT<br>Warrant for arrest<br>CJA 23 w/order<br>Order - govt. request deft. be released on $100,000 unsecured<br>w/certain terms & conditions | | | |
| 11/2/92 | | Warrant for arrest of deft. - executed 11/2/92 | | | |
| 11/2/92 | | Appearance Bond - $100,000 unsecured w/conditions w/Bail Reform<br>Act - executed 11/2/92 | | | |
| 12/2/92 | | INDICTMENT, filed<br>1c: USA, PO; USM; PTS, M/J McCotter & Judge Britt | ag | | |
| 12/28/92 | | (Mag's papers received from Wilm. - pretrial scheduling order<br>to M/J MCCotter | ag | | |
| 1-5-93 | 5. | ORDER ON PRETRIAL SCHEDULING: (MCCOTTER) a;; pre-trial discovery<br>by 1-11-93./// all pre-trial motions by 1-21-93./// all responses<br>by 2-1-93. cc: Judge, file, USA, counsel. | wsc | | |
| 1/8/93 | | Passport in criminal vault - 5th floor (1) door | ag | | |
| 1/8/93 | | Roni to set Initial appearance on Ct.2 | ag | | |
| 1/12/93 | -- | Issued notice to appear for I.A. on indictment charges on 1/27/93<br>at 11:00 in Wilm before USMJ Mason - 1c: Mason, USA, USM,<br>PTS, Wilm Div, deft, atty Ed Walker | vp | | |
| 1/20/93 | | **ISSUED NOTICE TO APPEAR FOR ARRAIGNMENT & TRIAL ON MONDAY,<br>FEBRUARY 1, 1993 AT** 9:00 A. M. in Raleigh before Judge Britt<br>1c: USA & counsel for deft. | ag | | |
| 1/25/93 | | **ISSUED AMENDED NOTICE TO APPEAR** - session changed from 2/1/<br>to 2/8/93 in Raleigh at 9 A.M. before Judge Britt-<br>1c: Judge Britt, USA, USPO, USM, Joyce Todd, Ct. Reporter<br>and Mr. Walker | sr | | |
| 1/25/93 | 6. | **MOTION TO CONTINUE** - deft. moves to continue case from<br>2/1 (or 2/8) session at Raleigh w/cs. - 1c:<br>Judge Britt. | 1/25/93<br>1/26/93 sr | 1 | |
| 1/16/93 | 7. | **ORDER** - motion to continue trial dated from 2/8/93 to<br>2/16/93 is allowed - time excludable u/speedy<br>trial act. (Britt, J) CROB#13, P. 193 - 1c:<br>USA, USPO, USM, FPD, McCotter (ent. 1/26/93) | 2/8/93<br>2/16/93 sr | 8 | |
| 1/26/93 | -- | **ISSUED AMENDED NOTICE TO APPEAR** - set for arrgn & trial on<br>2/16/93 at 9 A.M. instead of 2/8/93 before<br>Judge Britt - 1c: USa and FPD | sr | | |
| 1/28/93 | | WRIT - Manuel Saiz is necessary in order to prosecute the<br>case of U.S. vs. Maron Meeks set for 2/16/93 in Raleigh<br>when deft. has served his purpose & is released he be<br>returned to the custody of the Sheriff, Pima County<br>Arizona (Alexander B. Denson ) | ag | | |
| 2/16/93 | | At Raleigh  C. R. Jo Bush       Judge Britt<br>G/Cts. 1 Defts. M/D Ct. 2 pending<br>Court satisfied w/plea<br>factual basis exist | | | |

SENT 5/17/93 Wilmington

DEFT. ON BOND

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 4/28/93 | ISSUED NOTICE TO APPEAR FOR SENTENCING ON THURSDAY, MAY 20, 1993 AT 2:00 P.M. At Wilmington before Judge Britt - Courtroom # 1 - lc: USA & counsel for deft. | ag | | | |
| 5/14/93 | **ISSUED AMENDED NOTICE TO APPEAR** - set set for 9:10 A.M. on 5/27/93 at Wilm. before Judge Britt - lc: Judge Britt, USA and FPD - Memo to counsel | sr | | | |
| 5/28/93 | GOVERNMENT'S MOTION FOR DOWWARD DEPARTURE DUE TO SUBSTANTIAL ASSISTANCE by gov. lc: Judge Britt | ag | | | |
| 5/28/93 | At Wilmington, N. C. C. R. James Palmer - Judge Britt  Judgment and Commitment - 24 mos. impr. Court recommends Seymour Johnson Air Force Base, Goldsboro, N.C. or F.C.I, Butner, N. C. Supervised release: 5 yrs. Ct. 1 S. A. $50.00 due immediately (W. Erl Britt,. Judge  Cr OB # 14 P 57) ent. 5/29/93 | ag | | | |
| 5/29/93 | ORDER TO SURRENDER - W. Earl Britt) lc: deft. on 5/29/93 | ag | | | |
| 8-12-93 | RETURN ON J&C:: exc'd on 6-28-93 @ FPC Seyomur-Johnson by Harvey/Legal Exam. | | wsc | | |
| 3/3/94 | - **SATISFACTION OF JUDGMENT** - cys. to USA | | | sr | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |